# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PHILLIP OSBURN** and **TONYA OSBURN**,
Appellants,

v.

**CHAI DEV. LTD. PRTNR** and **BOULEVARD TOWING & RECOVERY**
Appellees.

No. 4D2023-0304

[December 14, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel A. Casey, Judge; L.T. Case No. CACE20-012433.

Igor Hernandez of Cornish Hernandez Gonzalez, PLLC, Coral Gables, for appellants.

Stephen J. Padula and Joshua S. Widlansky of Padula Bennardo Levine, LLP, Boca Raton, for appellee Chai Dev. Ltd. Prtnr.

Joel M. Aresty of Joel M. Aresty, P.A., Tierra Verde, for appellee Boulevard Towing & Recovery.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***